ATTACHMENT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) | CASE NO. |
|  | ) |  |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
|  | ) |  |
|  | ) |  |
| vs. | ) | REPORT OF PARTIES' PLANNING |
|  | ) | MEETING UNDER FED. R. CIV. |
|  | ) | P. 26(f) AND LR 16.3(b) |
|  | ) |  |
| Defendant. | ) |  |

   1.  Pursuant to FED. R. CIV. P. 26(f) and LR 16.3(b), a meeting was held on

_____, and was attended by:

_____ counsel for plaintiff(s)_____ \_\_\_\_

_____ counsel for plaintiff(s) _____

_____ counsel for defendant(s)_____

_____ counsel for defendant(s) _____

2.  The parties:

     \_\_\_\_\_ have exchanged the pre-discovery disclosures required by FED. R. CIV. P.

     26(a)(1) and the Court's prior order;

     \_\_\_\_\_ will exchange such disclosures by _____;

3.  The parties recommend the following track:

     \_\_ Expedited     \_\_ Standard     \_\_ Complex

     \_\_ Administrative     \_\_ Mass Tort

4.     This case is suitable for one or more of the following Alternative Dispute

Resolution (ADR) mechanisms:

     \_\_ Early Neutral Evaluation \_\_ Mediation \_\_ Arbitration

     \_\_ Summary Jury Trial     \_\_ Summary Bench Trial

     \_\_ Case not suitable for ADR

5.  The parties \_\_\_do/\_\_\_do not consent to the jurisdiction of the United States

Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6.  Recommended Discovery Plan:

     (a)  Describe the subjects on which discovery is to be sought and the nature and

     extent of discovery.

_____

_____

_____

(b) The parties (indicate one):

_____ agree that there will be no discovery of electronically-stored information; or

_____have agreed to a method for conducting discovery of electronically-stored information; or

_____have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District Ohio Local Rules)

(c)  Non- Expert Discovery cut-off date: _____

(d)  Plaintiff's (or party with the burden of proof on an issue) expert report due date:_____

Defendant's (or party without the burden of proof on an issue) due date:_____

Expert Discovery cut-off date:_____

7. Recommended dispositive motion date: _____

_____

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

_____

9. Recommended date for a Status Hearing: _____

10.  Other matters for the attention of the Court:

_____

_____

_____

_____


                              Attorney for Plaintiff(s)_____

_____

                              Attorney for Plaintiff(s)_____

_____

                              Attorney for Defendant(s)_____

_____

                              Attorney for Defendant(s)_____

_____