# EXHIBIT A3

| Document | Effective Date | Document Attachment | Signature Type | Signed By | Signature Date | Signature Statement |
|---|---|---|---|---|---|---|
| Abbott Employee Agreement Feb 2019-EN | 2/15/2019 | Abbott Employee Agreement Feb 2019-EN.pdf | Acknowledgment | RACHAEL LEAH ROSE (Terminated) | 8/20/2019 14:36 | I acknowledge that I have been provided with sufficient advance notice of this Employee Agreement; have reviewed it; understand its terms; and voluntarily agree to the terms in the Employee Agreement. Moreover, I acknowledge and agree that if I do not submit a properly signed/dated Exhibit A on my first day of employment to hrservicecenter@abbott.com, I do not have any discoveries, inventions, improvements, software, innovations, trademarks, trade dress, Internet domain names, or other such intellectual property made by me prior to my employment with ABBOTT, which are owned or controlled by me or another party, but relate to ABBOTT's business or products. |