UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

DCM FORM NO. 7
1/1/92

CASE MANAGEMENT CONFERENCE HELD BEFORE __JUDGE DONALD C. NUGENT__     __JANUARY 29, 2025__
JUDICIAL OFFICER

Rachael Rose,
        Plaintiff(s),
v.

Abbott Laboratories, Inc, et al.,
        Defendant(s).

CASE NO. 1:24 CV 2049

Length of Conference:

JUDGE: DONALD C. NUGENT

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?   YES ☐   NO ☒

TRACK DESIGNATION:

Administrative ☐   Expedited ☐   Standard ☒   Complex ☐   Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION:   YES ☐   NO ☐
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐   Mediation ☒ *after some discovery*   Arbitration ☐   Summary Jury Trial ☐   Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: Standard written & deposition discovery.

*fact* DISCOVERY CUT OFF DATE: 9/1/25 — Expert discovery cutoff — if required is 10/15/25

MOTIONS CUT OFF DATE:

CASE STATUS HEARING SCHEDULED FOR: 5/21/25 @ 10:00

NOTES: P brings sexual harassment action against employer & former supervisor after she was terminated. D has filed a motion to dismiss & Transfer. Ct to rule.

Length of Proceeding: 15 min.    /s/ Donald C. Nugent
DISTRICT JUDGE